UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>                 )<br>     v.                 )<br>                   )<br>$6,442.00 IN U.S. CURRENCY, )<br>          Defendant. ) | Civil Action No.<br><br>**04cv12655 RWZ** |

**WARRANT AND MONITION**

To:  The United States Bureau of Customs and Border Protection

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture In Rem (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the defendant currency, described as $6,442.00 in United States Currency, and all proceeds traceable thereto (the "Defendant Currency"), more particularly described in the Complaint for the forfeiture of the Defendant Currency to the United States of America, pursuant to Title 21, United States Code, Section 881(a)(6).

This Court has found probable cause for forfeiture.

Accordingly, you are hereby directed to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Currency at least once for three (3) successive weeks in the Boston Herald or any other newspaper having a general circulation in this District; and

    (2)  Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

| | |
|---|---|
| Hugo Carmona-Londono | Hugo Carmona-Londono |
| 150 Quarry Street | c/o J. Thomas Kerner, Esquire |
| Apt. 314 | 230 Commercial Street |
| Quincy, MA 02169 | First Floor |
| | Boston, MA 02109 |

by certified mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to arrest, attach, inspect and retain the Defendant Currency in your custody until further order of this Court.

<u>You</u> <u>Are</u> <u>Further</u> <u>Commanded</u> to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Currency, or assert that the Defendant Currency should not be condemned or disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT CURRENCY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM.  CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS.  THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9.

Tony Anastas, Clerk
U.S. District Court

By: _____
Deputy Clerk
Date: 12/30, 2004

APPROVED AND SO ORDERED:

_____
United States District Judge
Date: December 30, 2004