UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 15 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA, )
      Plaintiff, )
       )
v. ) 04 CV 12655 RWZ
       )
$6,442.00 IN U.S. CURRENCY, )
      Defendant. )

### VERIFIED CLAIM

Now comes Attorney J. Thomas Kerner and, pursuant to Supplemental Rules for Certain Admiralty and Maritime Claims [SRCAMC] C(6)(b)(2), files a claim on behalf of Hugo Carmona-Londono. Mr. Carmona has an interest in or right against the defendant $6,442.00 in U.S. Currency based on the fact that the defendant currency belongs to Mr. Carmona and was illegally seized from him by law enforcement officers on May 25, 2004.

The basis of my representations is that on September 15, 2004 Mr. Carmona attested under oath, in a U.S. Customs and Border Protection Seized Asset Claim Form (Seizure No. 2004-0401-000141-01) that the defendant currency belonged to him. Attached is a copy of the executed September 15, 2004 Claim Form.

I attest under the pains and penalties of perjury that the representations contained in this document are true and accurate to the best of my knowledge.

Respectfully Submitted,

Date: 2/10/05

_____
J. THOMAS KERNER

# U.S. CUSTOMS AND BORDER PROTECTION
## SEIZED ASSET CLAIM FORM

Name: Hugo Carmona-Londonn    Seizure No. 2004-0401-000141-01
Address: c/o J. Thomas Kerner
Attorney at Law, 230 Commercial St.    (IMPORTANT: BE SURE TO
Telephone No: (___) Boston, MA 02109 COMPLETE ALL PARTS BELOW)
617 720 5509

As authorized by 18 USC 983(a)(2)(A), I request that the Government file a complaint for forfeiture on the seized property described below.

## PART I

List all the items in which you claim an interest. Include sufficient information to identify the items, such as serial numbers, make and model numbers, aircraft tail numbers, photographs, and so forth. Attach additional sheets of paper if more space is needed.

$6,442.00

## PART II

State your interest in each item of property listed above. Attach additional sheets of paper if more space is needed.

The money belongs to me.

## PART III (ATTESTATION AND OATH)

I attest and declare under penalty of perjury that the information provided in support of my claim is true and correct to the best of my knowledge and belief.

HUGO CARMONA-LONDONA                9-15-04
Name (Print)                         Date

Hugo Carmona
Signature

*A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. 1001 AND/OR 1621 AND IS PUNISHABLE BY A FINE AND UP TO FIVE YEARS IMPRISONMENT.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 2: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,       )<br>                              )<br>v.                            )   04 CV 12655 RWZ<br>                              )<br>$6,442.00 IN U.S. CURRENCY,   )<br>          Defendant.         )  | |

### CERTIFICATE OF SERVICE

Now comes counsel for claimant Hugo Carmona and certifies that a copy of the attached filing has been served on the United States by sending a copy to:

Ms. Shelbey D. Wright
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100

Date 2/10/05

Respectfully Submitted
HUGO CARMONA
By his attorney:

J. Thomas Kerner
MA BBO # 552373
Attorney at Law
230 Commercial Street
First Floor
Boston, MA 02109
(617) 720-5509