

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12655-RWZ |
|---|---|
| DEFENDANT<br>$6,442.00 IN U.S. CURRENCY | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize: **PUBLICATION**

Address (Street or RFD / Apt. # / City, State, and Zip Code):

Send NOTICE OF SERVICE copy to Requester:
SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.
Number Of Parties To Be Served In This Case.
Check Box If Service Is On USA

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in the BostonHerald or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant and Monition and applicable law.

JLJ x3297

Signature of Attorney or other Originator requesting service on behalf of: [X] Plaintiff  [ ] Defendant
Telephone No. (617) 748-3100
Date: Jan 7, 2005

SIGNATURE OF PERSON ACCEPTING PROCESS:

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

I acknowledge receipt for the Total # of Process Indicated.  District of Origin No. ___  District to Serve No. ___  SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER:  Date

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service: Please see Remarks below
Time of Service: [ ] AM [ ] PM

Signature, Title and Treasury Agency:
Stephen P. Leonard, Forfeitures Officer  2/25/05
U.S. Customs and Border Protection

**REMARKS:**
Notice of Libel was published as directed above. Notice was published in the Boston Herald on Jan. 24, 31 and Feb. 07, 2005. Copy of Publisher's Certificate attached.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY

# PUBLISHER'S CERTIFICATE

Commonwealth of Massachusetts } ss.
County of Suffolk

On this __23rd__ day of __February__ A.D. 20__05__ personally appeared before the undersigned, a Notary Public, within and for the said county, __Madeleine M. Sheehan__ of the __Boston Herald__ a newspaper published by Boston Herald, Inc., in Boston, County of Suffolk, in the Commonwealth of Massachusetts, and who being duly sworn, states on oath that the

__Civ Cse # 04-12655-RWZ__ advertisement was published in said newspaper in its issues of

__Jan 24, 31 Feb 7__ A.D. 20 __05__

*Madeleine M. Sheehan*

Subscribed and sworn to before me this __23rd__ day of __February__ A.D. 20 __05__

*Valerie Delano*
Notary Public





VALERIE MARIE DELANO
Notary Public
Commonwealth of Massachusetts
My Commission Expires Mar 24, 2011