

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CA No. 04-12655-RWZ |
|---|---|
| DEFENDANT<br>**$6,442.00 IN U.S. CURRENCY** | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| | J. Thomas Kerner, Esquire |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |
| | J. Thomas Kerner, Esquire, 230 Commercial Street, 1st Floor, Boston, MA 02109 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Verified Complaint for Forfeiture in Rem, Warrant and Monition and the United States' First Set of Interrogatories upon the above-named Individual by certified mail, return receipt requested.
JLJ x3297

| Signature of Attorney or other Originator requesting service on behalf of | [ X ] Plaintiff<br>[   ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Jan 7, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service [ ] AM [ ] PM |
| | Please see Remarks below | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer  2/25/05<br>U.S. Customs and Border Protection | |

**REMARKS:**
Service of the documents referenced above was completed by certified mail, return receipt requested. Copies of certified mail forms for number 7001 2510 0003 4300 1577 are attached, showing mailing on Jan. 20, 2005 and receipt on 1/21/05.

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

J. Thomas Kerner, Esquire
230 Commercial Street
1st Floor
Boston, MA 02109

Re: April 04-12655RWZ

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): _[name]_   C. Date of Delivery: 1/21/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7001 2510 0003 4300 1577

PS Form 3811, August 2001   Domestic Return Receipt   102595-01-M-0381

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

7001 2510 0003 4300 1577

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: J. Thomas Kerner, Esquire
Street, Apt. No.; or PO Box No.: 230 Commercial Street 1st Floor
City, State, ZIP+4: Boston, MA 02109

Postmark: JOHN F. KENNEDY STA, BOSTON MA, 02114, JAN 20 2005, USPS OFFICIAL USE