

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12655-RWZ |
|---|---|
| DEFENDANT<br>$6,442.00 IN U.S. CURRENCY | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize<br>Hugo Carmona-Londono |
|---|---|
| | Address (Street or RFD / Apt. # / City, State, and Zip Code)<br>150 Quarry Street, Apt.#314, Quincy, MA 02169 |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please serve the attached Verified Complaint for Forfeiture in Rem, Warrant and Monition and the United States' First Set of Interrogatories upon the above-named Individual by certified mail, return receipt requested.
JLJ x3297

| Signature of Attorney or other Originator requesting service on behalf of    [X] Plaintiff<br>*Shelbey D. Wright*           [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Jan 7, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM  [ ] PM |
| | Please see Remarks below | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection | 2/25/05 |

REMARKS:

The above referenced documents were mailed by certified mail, return receipt requested to Hugo Carmona-Londono on Jan. 20, 2005 (copy of certified mail receipt number 7001 2510 0003 4300 1560 attached). However, the mailing envelope was returned by the Post Office marked "unclaimed".

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT   [ ] FOR CASE FILE   [ ] LEAVE AT PLACE OF SERVICE   [ ] FILE COPY



Case 1:04-cv-12655-RWZ   Document 12   Filed 03/03/2005   Page 3 of 3

