

# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12655-RWZ |
|---|---|
| DEFENDANT<br>$6,442.00 IN U.S. CURRENCY | TYPE OF PROCESS<br>Complaint and Warrant & Monition |

| SERVE AT | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| | $6,442.00 IN U.S. Currency |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please seize and maintain custody and control over the above-referenced currency in accordance with the attached Verified Complaint and Warrant & Monition and applicable law.

JLJ x3297

| Signature of Attorney or other Originator requesting service on behalf of<br>*Shelbey D. Wright*  [X] Plaintiff<br>                                                 [ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>Jan 7, 2005 |
|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. ____ | District to Serve No. ____ | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service | Time of Service  [ ] AM  [ ] PM | |
| | Please see Remarks below. | | |
| | Signature, Title and Treasury Agency<br>Stephen P. Leonard, Forfeitures Officer<br>U.S. Customs and Border Protection  2/25/05 | | |

**REMARKS:**

The above referenced currency was seized on May 25, 2004 and deposited into the ICE/CBP suspense account on September 08, 2004, pending the court's judgment. SPECIAL NOTE: By debit voucher (copy attached) bank advised that $100.00 of the deposited amount was determined to be counterfeit. Current value on deposit is $6,342.00

TD F 90-22.48 (6/96)

☐ RETURN TO COURT    ☐ FOR CASE FILE    ☐ LEAVE AT PLACE OF SERVICE    ☐ FILE COPY

64157        9-9-04              70050104                    100.00

18    /0401

X

**RE COUNTERFEIT BILL RECEIVED IN YOUR DEPOSIT OF 9-6-04 AMT. OF $6,442.00**

CUSTOM & BORDER PROTECTION
10 CAUSEWAY STREET, SUITE 603            FLEET BANK CT
BOSTON MA 02222-1059                     DEPOSIT CONFIRMED BY
                                         FLEET BANK, CASH MGNT RPTG

                                         SEP 2 1 2004

                                         90/88429

```
CASE: 2004040100014101                                          PAGE:    1

  LINE   SBLN    COLL AMT    AMT DUE   PROCESS DATE   CASH RECEIPT   STATUS
  000    0000    6442.00     6442.00   09082004       55501672       NEGATE
  000    0000    6342.00     6342.00   11152004       55501672       BCA




         SELECT REVENUE DATA TO PROCESS OR PRESS <PF10> TO ADD REVENUE DATA
  (PF1=GEN HELP)       (PF2=FLD HELP)       (PF3=MAIN MENU)       (PF4=PREV MENU)
  (PF7=PAGE BKWD)      (PF8=PAGE FRWD)      (PF10=ADD DATA)
```

```
                 SEIZED ASSET AND CASE TRACKING SYSTEM
                        REVENUE INFORMATION

                         VIOLATOR     VIOLATION     LINE        STATUS
CASE NBR: 2004040100014101  SEQ: 0000   SEQ: 0000   NBR: 000    BCA

COLL TYPE        : SECU    SEIZED CURRENCY
COLL CLASS CODE: 741       ICE-SUSPENSE-SEIZED CURRENCY
COLL TID  : J464           PROCESS DATE: 11152004        TRANS NBR: 0007
AMOUNT DUE:     6342.00         PAID:      6342.00   CASH RECEIPT: 55501672
COLL DATE : 09082004   DEPOSIT TICKET:
METHOD OF PAYMENT:                                    PAYOR TYPE:
PARTIAL PAY IND  : F  (F/P/I)   CHECK/CREDIT CARD:
BUSINESS   :                                         SURETY CODE:
LAST NAME  :
FIRST NAME :
ADDRESS    :                                 APT NO:
CITY       :                        ST:      COUNTRY:
ZIP CODE   :         PHONE NBR:
COMMENTS   :


(PF1/PF2=HELP)      (PF3/PF4=MENUS)     (PF7=PREV REC)      (PF8=NEXT REC)
(PF10=PROCESS)      (PF12=CANCEL)
```

## U.S. CUSTOMS AND BORDER PROTECTION
### Department of Homeland Security

**Memorandum**  DATE: 11/15/04

FILE: UCS 2004-0401-000041-01

TO: U.S. Customs
FP&F Boston

FROM: Forfeiture Fund Section Chief

SUBJECT: Debit Voucher Number #64157         Amount $100.00

The attached debit voucher for counterfeit currency in the deposit was received at the National Finance Center. This debit is being returned to your office for collection or replacement. We have accordingly reduced the seized value on the cash receipt by the appropriate amount of the debit. If the seized value on the cash receipt has already been disbursed, the cash receipt was not reduced; but the amount of this debit was recorded as an expense to the Treasury Forfeiture Fund.

Since the debit voucher is for counterfeit currency in the deposit, <u>the SEACATS property screens must be updated to reflect this change in the financial value.</u> (The SEACATS revenue screens have already been appropriately updated with this change.) **Please follow the instructions in the draft SEACATS Bulletin Board message titled "Debit Vouchers & Seized Currency/other Monetary Instruments Line Item Value Changes to update the SEACATS property screens.**

The following information is provided:

| | | |
|---|---|---|
| Travelers Checks | $_____ | Number of Checks_____ |
| Cashiers Checks | $_____ | Number of Checks_____ |
| Money Orders | $_____ | Number of Checks_____ |
| Personal Checks | $_____ | Number of Checks_____ |
| Personal Checks | $_____ | Number of Checks_____ |
| Counterfeit | $___100.00_____ | Shortage_____ |

If you have any questions regarding this matter, please contact Ms. Judy Morris at (317) 614-4675. Related guidelines are provided in the Seized Asset Management and Enforcement Procedures Handbook (CIS HB 440-01A) dated January 2002. Part 4, 2.4.3 Currency/Monetary Instruments has deposit information; and Part 16, 5.16.1 through 5.16.4 Debit Vouchers has debit voucher information for your reference.

*Vigilance     *     Service     *     Integrity*