230 Commercial Street, First Floor | Boston, Massachusetts 02109   *tel* 617 720 5509   *fax* 617 720 0707

# J. Thomas Kerner
ATTORNEY AT LAW

March 31, 2005

Mr. Jay Johnson
Docket Clerk for
The Honorable Rya W. Zobel
U.S. District Court
1 Courthouse Way
Boston, MA 02210

    Re:    U.S. v. $6,442 In U.S. Currency

Dear Mr. Johnson:

    Previously, on behalf of Hugo Carmona, I filed his claim and a motion to dismiss the complaint. In the motion to dismiss I requested a hearing. Additionally, I have filed a supporting memorandum and exhibits. The government has filed its opposition to the motion to dismiss.

    The parties have conferred and are unable to settle this matter. Accordingly, I am requesting that you schedule a hearing on the motion to dismiss.

    Thank you.

Very truly yours,

*J. Thomas Kerner*
J. Thomas Kerner

cc:    Shelbey Wright, AUSA
JTK:ms