UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12655-RWZ |
| | ) | |
| $6,442 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

**REPORT OF THE PARTIES REGARDING SETTLEMENT**

The parties to this action, the United States of America, plaintiff, and Hugo Carmona, claimant, report that they have reached an agreement in principle to settle this action. The parties request that this Court continue the hearing on claimant's Motion to Dismiss (presently scheduled for April 21, 2005 at 2:00 pm), and allow a period of thirty days for the parties to file a Joint Motion for Judgment and Order of Forfeiture with a proposed Order.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN, | HUGO CARMONA, |
| United States Attorney, | Claimant, |
| | |
| /s/ *Shelbey D. Wright* | /s/ *J. Thomas Kerner* |
| By:  Shelbey D. Wright | By:  J. Thomas Kerner |
|      Assistant U.S. Attorney |      230 Commercial Street |
|      John J. Moakley Federal |      First Floor |
|        Courthouse |      Boston, MA 02109 |
|      Suite 9200 |      (617) 720-5509 |
|      1 Courthouse Way | |
|      Boston, MA 02210 | |
|      (617) 748-3283 | |

Date:     April 20, 2005