UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA
          Plaintiff

          V.

                                          CIVIL ACTION:04-12655-RWZ

$6,442.00 IN US CURRENCY
          Defendant


ORDER OF DISMISSAL

ZOBEL, D.J.                                        APRIL 20, 2005


     The Court having been advised by counsel for the parties that the above action has been

settled, it is ORDERED that this action is hereby dismissed without costs and without prejudice to

the right, upon good cause shown within 30 days, to reopen the action if settlement is not

consummated.


                                   By the Court,



                                   s/ Lisa A. Urso
                                   Deputy Clerk

30day.ord