UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12655-RWZ |
| | ) | |
| $6,442 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR JUDGMENT AND ORDER OF FORFEITURE**

The parties to this action, the United States of America,
plaintiff, and Hugo Carmona, claimant, move this court, pursuant
to 21 U.S.C. § 881(a)(6), for an Order of Forfeiture, in the form
submitted herewith, for the following property:

(a)  $3,442.00 in U.S. Currency.

Respectfully submitted,

| | |
|---|---|
| MICHAEL J. SULLIVAN, | HUGO CARMONA, |
| United States Attorney, | Claimant, |

| | |
|---|---|
| _/s/ Shelbey D. Wright_ | /s/ _J. Thomas Kerner_ |
| By:  Shelbey D. Wright | By:  J. Thomas Kerner |
| Assistant U.S. Attorney | 230 Commercial Street |
| John J. Moakley Federal | First Floor |
| Courthouse | Boston, MA 02109 |
| Suite 9200 | (617) 720-5509 |
| 1 Courthouse Way | |
| Boston, MA 02210 | |
| (617) 748-3283 | |

Dated:  May 13, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,        )
              Plaintiff,        )
                       )
            v.        )        Civil Action No. 04-12655-RWZ
                       )
$6,442 IN U.S. CURRENCY,        )
              Defendant.        )

## JUDGMENT AND ORDER OF FORFEITURE

**ZOBEL, U.S.M.J.:**

This cause having come before this Court and the Court being fully advised of the agreement between the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED:

vi.       That $3,442 in United States currency, representing a portion of the Defendant Property, is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6).

2.   That $3,000 in United States currency shall be returned to the Claimant, Hugo Carmona.

3.   That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any right, title or interest in or to the forfeited property are hereby held in default.

4.   That the United States shall dispose of the forfeited property in accordance with the law.

1

5.    That this shall be and is the full, final, and complete
disposition of this civil forfeiture action.


DONE and ORDERED in Springfield, Massachusetts, this _____
day of _____, 2005.

                                        _____
                                        RYA W. ZOBEL
                                        United States Magistrate Judge