UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,           )
                Plaintiff,          )
                                    )
        v.                          )       Civil Action No. 04-12655-RWZ
                                    )
$6,442 IN U.S. CURRENCY,            )
                Defendant.          )

**JUDGMENT AND ORDER OF FORFEITURE**

**ZOBEL, U.S.M.J.:**

This cause having come before this Court and the Court being fully advised of the agreement between the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED:

vi.         That $3,442 in United States currency, representing a portion of the Defendant Property, is hereby forfeited to the United States, pursuant to 21 U.S.C. § 881(a)(6).

2.    That $3,000 in United States currency shall be returned to the Claimant, Hugo Carmona.

3.    That any other claim of interest to the forfeited property is hereby dismissed, and all other parties claiming any right, title or interest in or to the forfeited property are hereby held in default.

4.    That the United States shall dispose of the forfeited property in accordance with the law.

1

5.    That this shall be and is the full, final, and complete
disposition of this civil forfeiture action.


DONE and ORDERED in Springfield, Massachusetts, this ___

day of ___ May ___, 2005.

RYA W. ZOBEL
United States Magistrate Judge

2