

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*          *John Joseph Moakley United States Courthouse*
                                          *1 Courthouse Way, Suite 9200*
                                          *Boston, Massachusetts 02210*

August 2, 2005

Lisa Urso
Clerk to the Honorable
Rya W. Zobel
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA  02210

Re:  United States of America v. $6,442.00 in U.S. Currency
     Civil Action No. 04-12655-RWZ

Dear Ms. Urso:

   Enclosed for filing, please find the Department of Treasury Process Receipt and Return Forms in connection with the above-referenced civil forfeiture action.

   Thank you for bringing this matter to the attention of the Court.

                              Very truly yours,

                              Shelbey D. Wright
                              Assistant U.S. Attorney

SDW/ljt
Enclosures



# Department of the Treasury
*Federal Law Enforcement Agencies*
## PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-12655-RWZ |
|---|---|
| **$6,442.00 in U.S. Currency** | TYPE OF PROCESS<br>**Judgment and Order of Forfeiture** |

| | Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize |
|---|---|
| **SERVE AT** | $3,442.00 in U.S. Currency |
| | Address (Street or RFD / Apt. # / City, State, and Zip Code) |

| Send NOTICE OF SERVICE copy to Requester:<br><br>SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY<br>UNITED STATES ATTORNEY'S OFFICE<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, Massachusetts 02210 | Number Of Process To Be Served In This Case. | |
|---|---|---|
| | Number Of Parties To Be Served In This Case. | |
| | Check Box If Service Is On USA | |

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please dispose of the above-referenced currency in accordance with the attached Judgment and Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of<br>Shelbey D. Wright/LJT | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>May 26, 2005 |
|---|---|---|---|
| SIGNATURE OF PERSON ACCEPTING PROCESS: | | | Date |

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

| NAME & TITLE of Individual Served If not shown above: | [ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| ADDRESS: (Complete only if different than shown above.) | Date of Service / Time of Service [ ] AM [ ] PM<br>Please see Remarks section below<br>7/29/2005<br>Signature, Title and Treasury Agency<br>U.S. Customs and Border Protection<br>Stephen P. Leonard, Forfeitures Officer |

**REMARKS:** Currency disposed.
$3,342.00 in U.S currency was deposited to the U.S Treasury Forfeiture Fund on June 7, 2005. Please see attached copy of Seized Asset and Case Tracking System record. Please note : The amount deposited to the Forfeiture Fund is $100 (one hundred) less than noted in the above instruction because $100. of the seized currency was determined to be counterfeit (and thus worthless).

TD F 90-22.48 (6/96)

☐ RETURN TO COURT   ☐ FOR CASE FILE   ☐ LEAVE AT PLACE OF SERVICE   ☐ FILE COPY

```
15:17                 SEIZED ASSET AND CASE TRACKING SYSTEM      07299005   15M83905
TID=A8DA                       REVENUE INFORMATION                         T2P83905

                          VIOLATOR     VIOLATION    LINE          STATUS
CASE NBR: 2004040100014101  SEQ: 0000   SEQ: 0000    NBR: 000       PAID
COLL TYPE       : FCUR    FORFEITED CURRENCY
COLL CLASS CODE: 891      ICE-FORFEITED CURRENCY/MONETARY INSTRUME>
COLL TID  : SEAC          PROCESS DATE: 06072005         TRANS NBR: 0023
AMOUNT DUE:     3342.00            PAID:     3342.00   CASH RECEIPT: 55501672
COLL DATE : 09082004   DEPOSIT TICKET:
METHOD OF PAYMENT:                              PAYOR TYPE:
PARTIAL PAY IND : F (F/P/I)    CHECK/CREDIT CARD:
BUSINESS   :                                       SURETY CODE:
LAST NAME  :
FIRST NAME :
ADDRESS    :                                      APT NO:
CITY       :                         ST:         COUNTRY:
ZIP CODE   :           PHONE NBR:
COMMENTS   :


(PF1/PF2=HELP)        (PF3/PF4=MENUS)      (PF7=PREV REC)       (PF8=NEXT REC)
(PF10=PROCESS)        (PF12=CANCEL)
```

*please see attached*

64157    9-9-04    70050104    100.00

18 10401

RE COUNTERFEIT BILL RECEIVED IN YOUR DEPOSIT OF 9-8-04 AMT. OF $8,442.00

CUSTOM & BORDER PROTECTION
10 CAUSEWAY STREET, SUITE 603
BOSTON MA 02222-1059

FLEET BANK CT
DEPOSIT CONFIRMED BY
FLEET BANK, CASH MGNT RPTG

SEP 2 1 2004

9018429



# Department of the Treasury
*Federal Law Enforcement Agencies*

## PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 04-12655-RWZ |
| **$6,442.00 in U.S. Currency** | TYPE OF PROCESS<br>**Judgment and Order of Forfeiture** |

**SERVE AT**

Name Of Individual, Company, Corporation, Etc. to Serve or Description of Property to Seize

$3,000.00 in U.S. Currency

Address (Street or RFD / Apt. # / City, State, and Zip Code)

---

Send NOTICE OF SERVICE copy to Requester:

SHELBEY D. WRIGHT, ASSISTANT U.S. ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

Number Of Process To Be Served In This Case.

Number Of Parties To Be Served In This Case.

Check Box If Service Is On USA

---

SPECIAL INSTRUCTIONS or OTHER INFORMATION TO ASSIST IN EXPEDITING SERVICE (includes Business and Alternate Addresses, Phone Numbers, and Estimated Availability times.)

Please return the above-referenced currency to the Claimant Hugo Carmona, via his attorney, J. Thomas Kerner, Esquire, 230 Commercial Street, First Floor, Boston, Massachusetts 02109 (617) 720-5509, in accordance with the attached Judgment and Order of Forfeiture and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of | [X] Plaintiff<br>[ ] Defendant | Telephone No.<br>(617) 748-3100 | Date<br>May 26, 2005 |
|---|---|---|---|
| Shelbey D. Wright/LJT | | | |

SIGNATURE OF PERSON ACCEPTING PROCESS:    Date

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the Total # of Process Indicated. | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER: | Date |
|---|---|---|---|---|

I hereby Certify and Return That I [ ] PERSONALLY SERVED, [ ] HAVE LEGAL EVIDENCE OF SERVICE, [X] HAVE EXECUTED AS SHOWN IN "REMARKS", the Process Described on the Individual, Company, Corporation, Etc., At The Address Shown Above or at the Address Inserted Below.

[ ] I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE of Individual Served If not shown above:

[ ] A Person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above.)

Date of Service    Time of Service    [ ] AM [ ] PM

Please see Remarks section below

Signature, Title and Treasury Agency    7/29/2005
Stephen P. Leonard, Forfeitures Officer
U.S. Customs and Border Protection

**REMARKS:**

U.S. Treasury check no. 000078345485 in the amount of $3,000 was issued to Hugo Carmona in care of J. Thomas Kerner, Esquire. Per attached copy of refund check confirmation printout, date of check was 6/20/05. Accordingly, currency returned as directed above.

TD F 90-22.48 (6/96)

[ ] RETURN TO COURT    [ ] FOR CASE FILE    [ ] LEAVE AT PLACE OF SERVICE    [ ] FILE COPY

```
   CONTROL NUMBER: 00150  LIQUIDATION DATE: 061705
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   SEIZED CURRENCY

   CONTROL NUMBER: 00150        LIQUIDATION DATE: 06/17/05
   ORIG. RDP:      10401        ISSUING RDP:      10401     CHECK DATE: 06/20/05
   CHECK NUMBER:   000078345485                CHECK AMOUNT:         3,000.00
   ENTRY DATE:     06/02/05     ENTRY NUMBER: 2004040100014101 LINE NO:
   COLL. KEY: J464 041115 0007  ADJ. KEY: SEAC 050602 0022    16:25:52
   REASON:
           U S CUSTOMS FP&F CASE 2004040100014101.
   PAYEE IDENT: 00-000000000           USER NAME: S CAIN
   NAME   HUGO CARMONA                 TERM ID: A8DK  REFUND DT: 06/02/05
   ADDR:  IN CARE OF J. THOMAS KERNER, ESQ
          230 COMMERCIAL ST., 1ST FLOOR   CANCEL BY:
          BOSTON              MA02109     RESET BY:

   CERT. STATUS: CERTIFIED        CERTIFIERS NAME:  SPIRYTUS, H.

                                                              CPP71916
   PF2 = ENEI,  PF3 = RETURN TO LOCATE    PF6 = ASOL, PF7 = ASTL   CMK30401
```